*Mr. Henry C. Smith* and *Mr. C. A. Spaulding,* for Respondents.

---

No. 4,337.—STATE EX REL. S. C. FORD, ATTORNEY GENERAL, PLAINTIFF, *v.* WESTERN LOAN & BUILDING CO., DEFENDANT.

ACTION in *quo warranto,* commenced in the Supreme Court under sections 6943 to 6967, Revised Codes, to determine the

right of defendant corporation to do business within the State of Montana.

Decided April 4, 1921.

PER CURIAM.—Pursuant to *praecipe* filed by the attorney general, the above-entitled action is dismissed.

*Mr. Wellington D. Rankin*, Attorney General, for Plaintiff.

*Messrs. Galen & Mettler*, for Defendant.